UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
ST. LOUIS DIVISION

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| Plaintiff, | : |
| vs. | : Case No. 4:18-cv-00147-JMB |
| SJT RESTAURANT REAL ESTATE, LLC, a Missouri limited liability company; DPG ENTERPRISES, INC., a Missouri corporation; DAVID P. GREER, an individual; PAUL S. GREER, an individual; and CAROL A. GREER, an individual, | : |
| Defendants. | : |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Fred Nekouee, by and through his undersigned counsel, hereby certifies that Defendants have fully complied with the terms and conditions of the Settlement Agreement entered into between the parties and have completed the modifications to the property specified therein; and therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of all claims in this suit with prejudice.

Dated: July 16, 2018

Respectfully submitted,

| | |
|---|---|
| s/Robert J. Vincze | s/Robert E. Tucker |
| Robert J. Vincze (MO #37687) | Robert E. Tucker (MO #33262) |
| Law Offices of Robert J. Vincze | Goffstein, Raskas, Pomerantz et al. |
| PO Box 792, Andover, Kansas 67002 | 7701 Clayton Road, St. Louis, MO 63117 |
| Phone: 303-204-8207 | Phone: 314-721-7171 |
| Email: vinczelaw@att.net | Email: rtucker@grlawstl.com |
| *Attorney for Plaintiff Fred Nekouee* | *Attorneys for Defendants* |