UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FRED NEKOUEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:18 CV 147 (JMB) |
| ) | |
| SJT RESTAURANT REAL ESTATE, LLC, ) | |
| DPG ENTERPRISES, INC., ) | |
| DAVID P. GREER, PAUL S. GREER, ) | |
| and CAROL A. GREER, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

In accordance with the parties' stipulation for dismissal,

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this action with prejudice.   Fed. R. Civ. P. 41(a)(1)(A)(ii).

The parties shall bear their own costs.

 /s/ *John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

Dated this 16th day of July, 2018.